# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3: 01cr183-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| JIMMY LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's undated letter to the court received in chambers August 27, 2012 (#166). In that letter, defendant complains about disrespect he believes he is being subjected to while housed in the Mecklenburg County Jail pending resolution of his SRV violation. Specifically, defendant states that "I need to talk to someone about the treatment here at Jail North." He has attached a copy of a jail grievance form, but does not include a copy of any resolution of such grievance.

Defendant is advised to talk with his appointed counsel about any concerns he may have as the court will only address motions in a criminal matter filed by counsel where the defendant is represented. L.Crim.R. 47.1(H).

## ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from the court in his letter (#166), such relief is **DENIED** in accordance with L.Crim.R. 47.1(H).

Signed: August 28, 2012

Max O. Cogburn Jr.
United States District Judge